JOHN H. LEVY v. CHARLES B. COLLIER, EXECUTOR.

FILED SEPTEMBER 22, 1904. No. 13,548.

Judgment of the district court affirmed for the reason set forth in *Cassidy v. Collier, ante,* p. 876.

ERROR to the district court for Douglas county: GUY R. C. READ, JUDGE. *Affirmed.*

*Hall & McCulloch,* for plaintiff in error.

*A. C. Troup* and *Switzler & St. Clair, contra.*

OLDHAM, C.

This case stands on all fours with *Cassidy v. Collier, ante,* p. 376, and was submitted on the same briefs, tried at the same time, by the same counsel, in the same court, on identical records. Hence, for the reasons assigned in *Cassidy v. Collier,* we recommend that the judgment of the district court be affirmed.

AMES and LETTON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED.